IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILSON JOSEPH,

     Appellant,

v.

DYCK-O'NEAL, INC.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4853

Opinion filed September 6, 2016.

An appeal from the Circuit Court for Duval County.
Lawrence P. Haddock, Judge.

Austin T. Brown, for Appellant.

Susan B. Morrison, for Appellee.

PER CURIAM.

     REVERSED.  See Higgins v. Dyck-O'Neal, Inc., No. 1D15-4784 (Fla. 1st

DCA June 9, 2016).

LEWIS and B.L. THOMAS, JJ., CONCUR; MAKAR, J., DISSENTS.

MAKAR, J., dissenting.

I would affirm or, alternatively, certify conflict.  See Higgins v. Dyck-O'Neal, Inc., No. 1D15-4784 (Fla. 1st DCA June 9, 2016) (Makar, J., dissenting and dissenting from denial of certification).